UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60511-CIV-COHN/Sᴇʟᴛᴢᴇʀ

JACOBO SZNAPSTAJLER,

    Plaintiff,

v.

LABORATORY CORPORATION
OF AMERICA,

    Defendant.
_____/

## FINAL JUDGMENT

THIS CAUSE is before the Court upon the separately entered order granting Defendant's Motion for Summary Judgment [DE 54] and the Court's Findings of Fact and Conclusions of Law entered today.  It is thereupon **ORDERED AND ADJUDGED** that Judgment is hereby entered in favor of Defendant Laboratory Corporation of America, and against the Plaintiff Jacobo Sznapstajler, as to all counts in the Complaint, and Plaintiff shall take nothing from Defendant by this action.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of February, 2009.

*[Signature]*
JAMES I. COHN
United States District Judge

Copies furnished to:

Counsel of record